# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

KATHLEEN F. FIGIE

             V.          CASE NUMBER: 5:04-CV-700(NAM/DEP)

COMMISSIONER OF SOCIAL
SECURITY

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, vacating the Commissioner's determination of no disability and remanding this case for further consideration pursuant to the Order of the Hon. Norman A. Mordue filed on November 6, 2006.

DATED:    November 6, 2006

                                                  Clerk of Court

LKB:lmp